JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bijan Damavandi et al<br><br>Plaintiff,<br><br>v.<br><br>Nationwide Mutual Insurance Company<br><br>Defendants. | Case No.  CV 15-09438-AB (JPRx)<br><br>ORDER DISMISSING CIVIL ACTION |

   THE COURT having been advised by counsel that the above-entitled action has been settled;

   IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  September 9, 2016       _____
                                ANDRÉ BIROTTE JR.
                                UNITED STATES DISTRICT JUDGE

1.